Form 180 – ntchrgfail

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                  Case No.: 17−22614−JNP
                  Chapter: 13
                  Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Stephen Gerard Zabielski                             Yu Chong Zabielski
   aka Stephen G Zabielski, Esq, dba Alamco       dba Alamco Enterprises LLC
   Enterprises LLC                                  106 Concord Court
   106 Concord Court                              Woolwich, NJ 08085
   Woolwich, NJ 08085

Social Security No.:
   xxx−xx−8545                                         xxx−xx−6026

Employer's Tax I.D. No.:
   26−0872653                                          26−0872653

### NOTICE OF MISSING DOCUMENTS AND NOTICE OF DISMISSAL
### IF DOCUMENTS ARE NOT TIMELY FILED

1. Notice is hereby given that the following documents must be filed within 14 days from the date the bankruptcy petition was filed:

      Summary of Assets/Liabilities and Statistical Information, Declaration About An Individuals Schedules, Statement of Financial Affairs For Individuals, Statement of Your Current Monthly Income & Calculation of Commitment Period(122C−1), Calculation of Your Disposable Income (122C−2) − If Applicable, Chapter 13 Plan and Motions, Schedules A/B,C,D,E/F,G,H,I,J

2. This case will be dismissed on July 5, 2017, unless the missing documents are received on or before that date by the Clerk of the Court at:

                U.S. Bankruptcy Court
                401 Market Street
                Camden, NJ 08102

If you object to dismissal of the case, you may submit a written request for a hearing setting forth the reasons why dismissal would not be proper. Such request must be received by the Clerk of the Court on or before July 5, 2017.

THIS IS THE ONLY NOTICE YOU WILL RECEIVE. If you fail to timely comply with the requirements set forth above, this case will be dismissed.

**IMPORTANT: THE MOST RECENT VERSION OF EACH DOCUMENT MUST BE FILED (Most documents were revised effective 12/1/15).**

Dated: June 21, 2017
JAN: jpl

                                                        Jeanne Naughton
                                                        Clerk

    If the schedules you file contain more creditors than were included on the list of creditors filed
    with your petition, you must also file an Amended List of Creditors when you file the documents

listed above. You must also pay a fee in the amount of $31.00 to amend the List of Creditors.
Payment must be made in the form of a certified check, money order or attorney's check.