## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN DIVISION

| | | |
|---|---|---|
| In re | ) ) | Chapter 13 |
| STEPHEN GERARD ZABIELSKI and YU CHONG ZABIELSKI, | ) ) ) | Case No. 17-22614-JNP |
| Debtor(s) | ) ) ) | BANKRUPTCY JUDGE JERROLD N POSLUSNY |

### REQUEST OF PRA RECEIVABLES MANAGEMENT, LLC
### FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)

PLEASE TAKE NOTICE that PRA Receivables Management, LLC, as authorized agent for Synchrony Bank (QCARD [Last four digit of account:1552]), a creditor in the above-captioned chapter 13 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

>Synchrony Bank
>c/o PRA Receivables Management, LLC
>PO Box 41021
>Norfolk, VA 23541
>Telephone: (877) 829-8298
>Facsimile: (757) 351-3257
>E-mail: claims@recoverycorp.com

Dated: Norfolk, Virginia
June 21, 2017

By: /s/ Valerie Smith

>Valerie Smith
>c/o PRA Receivables Management, LLC
>Senior Manager
>PO Box 41021
>Norfolk, VA 23541
>(877) 829-8298

Assignee Creditor: QCARD [Last four digit of account:1552]