UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

795773
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for PHH MORTGAGE CORPORATION

| In Re: | Case No:  17-22614 - JNP |
| --- | --- |
| YU CHONG ZABIELSKI D/B/A ALAMCO ENTERPRISES LLC STEPHEN G. ZABIELSKI A/K/A STEPHEN GERARD ZABIELSKI D/B/A ALAMCO ENTERPRISES LLC A/K/A STEPHEN G. ZABIELSKI, ESQ | Judge:  JERROLD N. POSLUSNY JR. Chapter:  13 |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of PHH MORTGAGE CORPORATION with regards to its mortgage.  Said Mortgage was recorded on January 6, 2003, Book 5980, Page 251 on the real property, located at 106 CONCORD COURT, WOOLWICH TWP, NJ 08085-3004 in the above captioned bankruptcy matter.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054.

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Dated: July 3, 2017

/s/ Nicholas V. Rogers
Nicholas V. Rogers, Esq.
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext. 42689
Fax: 856-813-5501
Email: nicholas.rogers@phelanhallinan.com