**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

In Re:

Stephen Gerard Zabielski, Yu Chong Zabielski

Order Filed on July 13, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case Number: 17-22614

Hearing Date: 

Judge: ABA

Chapter: 13

Recommended Local Form:   ☒ Followed    ☐ Modified

# ORDER RE EXTENSION OF TIME TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 13, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☒ Granted. The deadline to file schedules is extended to _____7/19/2017_____.

☐ Denied.

*rev.8/1/15*