Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−22614−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.
Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Stephen Gerard Zabielski
aka Stephen G. Zabielski, Esquire, dba
Alamco Enterprises LLC
106 Concord Court
Woolwich, NJ 08085

Yu Chong Zabielski
dba Alamco Enterprises LLC
106 Concord Court
Woolwich, NJ 08085

Social Security No.:
xxx−xx−8545

xxx−xx−6026

Employer's Tax I.D. No.:
26−0872653

26−0872653

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on July 21, 2017.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 21, 2017
JAN: jpl

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-22614-ABA
Stephen Gerard Zabielski                                                  Chapter 13
Yu Chong Zabielski
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 3              Date Rcvd: Jul 21, 2017
                               Form ID: 148             Total Noticed: 66

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2017.
```
db/jdb       +Stephen Gerard Zabielski,    Yu Chong Zabielski,    106 Concord Court,    Woolwich, NJ 08085-3004
cr           +PHH MORTGAGE CORPORATION,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
               Mt. Laurel, NJ 08054-3437
516922939     Accounts Receivable Management,    PO Box 129,    Thorofare, NJ 08086-0129
516922940    +Advocare West Deptford Peds,    PO Box 3001 D21,    Voorhees, NJ 08043-0598
516892496    +Charles Schwab Bank,    2001 Bishops Gate Blvd,    Mount Laurel, NJ 08054-4604
516923868    +Charles Schwab Bank, N.A.,    Stern & Eisenberg, PC,    1040 N. Kings Highway, Suite 407,
               Cherry Hill, NJ 08034-1925
516922943    +Cisco, Inc.,    1702 Townhurst Drive,    Houston, TX 77043-2811
516892498    +Credit One Bank,    PO Box 60500,    Las Vegas, NV 89160
516922937    +D&D Properties,    617 Auburn Avenue,    Woolwich, NJ 08085-1620
516922948    +Hallmark Marketing Corp.,    PO Box 13892,    Newark, NJ 07188-3892
516892501     Inspira Health Network,    1120 Delsea Drive North,    Glassboro, NJ 08028-1444
516922949    +JC Christensen, Inc. 4380,    PO Box 519,    Sauk Rapids, MN 56379-0519
516922955    +MRS Associates,    Philadelphia Parking Authority,    1930 Olney Ave.,
               Cherry Hill, NJ 08003-2016
516892504    +MTGSVC/Charles Schwab BK,    4001 Leadenhall RD,    Mount Laurel, NJ 08054-4611
516922952     Memorial Hospital of Salem Co.,    310 Woodstown Road,    Salem, NJ  08079-2080
516922953     Merchants and Medical Credit Corp.,    5324 Taylor Drive,    Filnt, MI  48507-4685
516892503    +Midland Funding LLC,    2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
516892516    +Mr. John Mousheghian,    4818 E. Olney Drive,    Phoenix, AZ 85044-1212
516892517    +Ms. Anna Marie Zabielski,    156 Stevens St,    W. Cape May, NJ 08204-1070
516892505    +New Jersey State Superior Court,    Mercer County Clerk,    25 Market Street,
               Trenton, NJ 08611-2148
516922961     Northstar Location Services, LLC,    4285 Genesee Street,    Cheektowaga, NY  14225-1943
516920960    +PHH MORTGAGE CORPORATION,    Phelan Hallinan Diamond & Jones, PC,
               400 Fellowship Road, Suite 100,    Mt. Laurel, NJ 08054-3437
516892507    +PHH Mortgage ICE Center,    2001 Bishops Gate BLVD,    Mount Laurel, NJ 08054-4604
516922962    +Philadelphia Parking Authority,    MRS Associates 6720 285.94,    1930 Olney Ave.,
               Cherry Hill, NJ 08003-2016
516922963     Portfolio Recovery Services, Inc.,    PO Box 923748,    Norcross, GA  30010-3748
516892509    +Pressler and Pressler,    7 EntinRd,    Parsippany, NJ 07054-5020
516892510    +ProGas,    144 Whitehorse Pike,    Berlin, NJ 08009-2024
516922964    +RBS Citizens Financial Group,    1 Citizens Plaza,    Providence, RI 02903-1344
516922965     Recovery Services, Inc.,    PO Box 923748,    Norcross, GA  30010-3748
516922966    +SeretisCare Family Practice,    499 Beckett Rd., Ste. 201-B,    Logan Township, NJ 08085-1771
516922967    +Shelton's Lawn Service,    1012 Alvine Road,    Pittsgrove, NJ 08318-4208
516922938    +State of NJ/Tax Lien,    2 Riverside Drive, Suite 200,    Trenton, NJ 08103-1013
516892506     State of New Jersey,    Dept of Labor,    PO Box 951,    Trenton, NJ 08625-0951
516892514    ++U S DEPARTMENT OF EDUCATION,    P O BOX 5609,    GREENVILLE TX 75403-5609
              (address filed with court: US Department of EDU AFSA,    PO Box 7202,    Utica, NY 13504-7202)
516892513     US Department of Education,    Loan Servicing,    Navient,    PO Box 9635,
               Wilkes-Barre, PA 18773-9635
516922969    ++WESTERN MASS CREDIT CORP,    2040 BOSTON RD STE 14,    WILBRAHAM MA 01095-1380
              (address filed with court: Western Mass. Credit Corp.,    70 Post Office Park, Suite,
               Wilbraham, MA  01095-1291)
516922968    +West Publishing,    444 Cedar Street, Suite 700,    St. Paul, MN 55101-2685

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jul 21 2017 23:13:39     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 21 2017 23:13:35     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516922942    +EDI: AMEREXPR.COM Jul 21 2017 23:03:00     American Express,    AMEX,    PO Box 6618,
               Omaha, NE 68106-0618
516892490    +EDI: AMEREXPR.COM Jul 21 2017 23:03:00     American Express,    AMEX,    PO Box 297871,
               Fort Lauderdale, FL 33329-7871
516922941     EDI: AMEREXPR.COM Jul 21 2017 23:03:00     American Express AMEX,    PO Box 26312,
               Lehigh Valley, PA  18002-6312
516892491     EDI: BANKAMER.COM Jul 21 2017 22:53:00     Bank of America,    PO Box 982235,
               El Paso, TX 79998-2235
516903135    +EDI: AISACG.COM Jul 21 2017 23:03:00     Capital One Auto Finance,
               c/o Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
516892492    +EDI: CAPONEAUTO.COM Jul 21 2017 23:03:00     Capital One Auto Finance,    PO Box 60511,
               City of industry, CA 91716-0511
516892493    +EDI: CAPITALONE.COM Jul 21 2017 23:03:00     Capital One Bank USA NA,    PO BOX 30281,
               Salt Lake City, UT 84130-0281
516892494     EDI: CAPITALONE.COM Jul 21 2017 23:03:00     Capital One Bank USA NA,    PO Box 71083,
               Charlotte, NC 28272-1083
516892495    +EDI: CHASE.COM Jul 21 2017 23:03:00     Chase/Bank One Card Service,    PO Box 15298,
               Wilmington, DE 19850-5298
```

```
District/off: 0312-1          User: admin              Page 2 of 3              Date Rcvd: Jul 21, 2017
                              Form ID: 148             Total Noticed: 66

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516892497         EDI: RCSFNBMARIN.COM Jul 21 2017 23:03:00      Credit One Bank,    PO Box 98872,
                   Las Vegas, NV 89193-8872
516922946         E-mail/Text: bknotice@erccollections.com Jul 21 2017 23:13:41
                   Enhanced Recovery Company, LLC,   8014 Bayberry Road,   Jacksonville, FL 32256-7412
516922947        +EDI: FSAE.COM Jul 21 2017 23:03:00      Firstsource Advantage, LLC,    205 Bryant Woods South,
                   Amerst, NY 14228-3609
516892500        +E-mail/Text: traciw@fmfcu.org Jul 21 2017 23:13:31      Franklin Mint Federal Credit Union,
                   1974 Sproul Rd,   Suite 300,   Broomall, PA 19008-3402
516892499         EDI: IRS.COM Jul 21 2017 23:03:00      Department of the Treasury,   Internal Revenue Service,
                   Cincinnati, OH 45999-0025
516892502         EDI: CBSKOHLS.COM Jul 21 2017 23:03:00      Kohl's Department Stores,    Kohl's Payment Center,
                   PO Box2983,   Milwaukee, WI 53201-2983
516922950         EDI: CBSKOHLS.COM Jul 21 2017 23:03:00      Kohl's Department Stores,    CapOne NA,   PO Box 3004,
                   Milwaukee, WI  53201-3004
516922951        +EDI: LTDFINANCIAL.COM Jul 21 2017 23:03:00      LTD Financial Services, LP,
                   7322 Southwest Frwy., Suite 1600,    Houston, TX 77074-2134
516922954         EDI: MID8.COM Jul 21 2017 23:03:00      Midland Credit Management (MCM), Inc.,    PO Box 60578,
                   Los Angeles, CA 90060-0578
516922956        +E-mail/Text: cd@musicarts.com Jul 21 2017 23:14:10      Music and Arts,    4626 Wedgewood Blvd.,
                   Frederick, MD 21703-7159
516922959        +E-mail/Text: egssupportservices@egscorp.com Jul 21 2017 23:13:51
                   NCO Financial Systems, Inc.,    507 Prudential Road,   Horsham, PA 19044-2308
516922958         E-mail/Text: bankruptcydepartment@tsico.com Jul 21 2017 23:14:31
                   NCO Financial Systems, Inc.,    20 East Clementon Rd., #102 North,   Gibbsboro, NJ  08026
516892508         EDI: RESURGENT.COM Jul 21 2017 23:03:00      Pinnacle Credit Services,
                   Debt Buyer, Verizon Services,    PO Box 640,   Hopkins, MN 55343-0640
516922960         EDI: RMSC.COM Jul 21 2017 22:53:00      QVC/GE Capital,    Qcard Synchrony Bank,   PO Box 530905,
                   Atlanta, GA  30353-0905
516892512         E-mail/Text: bankruptcyteam@quickenloans.com Jul 21 2017 23:14:04      Quicken Loan, Inc.,
                   20555 Victor Pkwy,    Livonia, MI 48152-7031
516892511        +E-mail/Text: bankruptcyteam@quickenloans.com Jul 21 2017 23:14:04      Quicken Loans,
                   1050 Woodward Ave,    Detroit, MI 48226-1906
516894431        +EDI: RMSC.COM Jul 21 2017 22:53:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                   PO Box 41021,   Norfolk, VA 23541-1021
516892515        +E-mail/Text: vci.bkcy@vwcredit.com Jul 21 2017 23:13:48      VW Credit, Inc.,
                   1401 Franklin Blvd,    Libertyville, IL 60048-4460
                                                                                              TOTAL: 29

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516952972         PHH MORTGAGE CORPORATION
cr*              +Charles Schwab Bank, N.A.,    Stern & Eisenberg, PC,   1040 N. Kings Highway, Suite 407,
                   Cherry Hill, NJ 08034-1925
516944579*        Internal Revenue Service,    PO Box 7346,   Philadelphia, PA  19101-7346
516922944        ##Credit America,    101 Grovers Mill Rd., Suite 303,   Lawrenceville, NJ  08648-4706
516922945        ##+Elmer Hospital,    501 Front Street,   Elmer, NJ 08318-2101
516922957        ##Nationwide Credit, Inc.,    2002 Summit Blvd., Ste. 600,   Atlanta, GA  30319-1559
                                                                                  TOTALS: 1, * 2, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2017                                            Signature:   /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 3 of 3              Date Rcvd: Jul 21, 2017
                              Form ID: 148             Total Noticed: 66
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2017 at the address(es) listed below:
```
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Nicholas V. Rogers    on behalf of Creditor   PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com
          Steven P. Kelly    on behalf of Creditor   Charles Schwab Bank, N.A. skelly@sterneisenberg.com,
           bkecf@sterneisenberg.com
          U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```