UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Stephen G. Zabielski
106 Concord Court
Woolwich, NJ 08085
(609) 254-5857
Pro Se Debtor

In Re:

Stephen G Zabielski. Yu Chong Zabielski.

Case No.: 17-22614 - ABA
Chapter: 13
Hearing Date: August 22, 2017
Judge: Hon. Andrew B. Altenburg, Jr.

## NOTICE OF MOTION TO REINSTATE DISMISSED CASE AND CONVERT FROM CHAPTER 13 BANKRUPTCY TO CHAPTER 7

The co-debtors in the above captioned case have filed papers with the court seeking an Order to:

1) Reinstate Case 17-22614, dismissed July 21, 2017 for failure to file missing documents, and to:

2) Convert the matter from Chapter 13 to Chapter 7

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

Hearing Date:      August 22, 2017

Hearing Time:      10:00 AM

Hearing Location:  Mitchell H. Cohen U.S. Courthouse
                   400 Cooper Street
                   Camden, NJ 08101

Courtroom Number:  4B

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

  If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: July 28, 2017

                   _/s/ Stephen G. Zabielski_
                   Stephen G. Zabielski
                   106 Concord Court
                   Woolwich, NJ 08085
                   (609)254-5857