UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on July 28, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Stephen Gerard Zabielski
Yu Chong Zabielski

Case No.: 17-22614

Chapter: 13

Judge: Altenburg

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: July 28, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

After review of the application of  Stephen G. Zabielski & Yu Chong Zabielski  for the reduction of time for a hearing on  Motion To Reinstate Dismissed Case and Convert From Chapter 13 Bankruptcy to _____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on  August 15, 2017  at  10:00am  in the United States Bankruptcy Court,  400 Cooper Street Camden, NJ 08101 , Courtroom No.  4B .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
Trustee, Secured Creditor, & Attorney for Creditor

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☐ email,  ☒ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
All Remaining Creditors

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☐ email,  ☒ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within  1  day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to  Trustee, Secured Creditor & Attorney for Creditor

☐ on the same day as the date of this Order, or

☒ within  1  day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

  ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

  ☒ may be presented orally at the hearing.

8.  ☒ Court appearances are required to prosecute the motion/application and any objections.

  ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*