UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on August 15, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Stephen & Yu Chong Zabielski

| | |
|---|---|
| Case No.: | 17-22614 |
| Chapter: | 13 |
| Hearing Date: | 8/15/17 |
| Judge: | Altenburg |

**ORDER REINSTATING CASE AND CONVERTING TO CH 7**

The relief set forth on the following pages, numbered two (2) through _____ is **ORDERED**.

DATED: August 15, 2017

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Stephen G. Zabielski
106 Concord Court
Woolwich, NJ 08085
(609) 254-5857
Pro Se Debtor

In Re:

Stephen G Zabielski and Yu Chong Zabielski

Case No.: 17-22614 - ABA
Chapter: 13
Hearing Date: August 22, 2017
Judge: Hon. Andrew B. Altenburg, Jr.

## ORDER GRANTING DEBTOR'S MOTION TO REINSTATE DISMISSED CASE AND TO CONVERT FROM CHAPTER 13 BANKRUPTCY TO CHAPTER 7.

This matter, having been presented to the Court by debtor Stephen Zabielski, and the Court, having reviewed the motion and any opposition filed, and for good cause shown it is

**ORDERED** that;

The case __XX__ IS / _____ IS NOT reinstated effective the date of this order. The debtor shall provide notice of the reinstatement to all creditors and interested parties within __7__ days of the date of this order; and it is further

**ORDERED** that:

that this case __XX__ IS / _____ IS NOT converted from chapter 13 to chapter 7, and it is further

**ORDERED** that:

within __14__ days of the date of this Order the debtor shall file:
- amendments to previously filed schedules and statements as necessary;
- all schedules and statements required by 11 U.S.C. § 521(a), if such documents have not already been filed;
- a schedule of all property which was acquired after the commencement of the case, but before the entry of this order;

- a schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the case, but before the entry of this order; and
- a schedule of unpaid debts incurred after the commencement of the case, but before the entry of this order.

And it is further:

**ORDERED** that the United States Trustee shall immediately appoint a chapter 7 trustee in this case, and

**ORDERED** that as the case is converting from chapter 13, the chapter 13 trustee shall:
within 120 days of the date of this order file a Final Report including an accounting of all receipts and distributions or a statement indicating why the report cannot be filed, and it is further

**ORDERED** that as the case is converting from chapter 13, upon the filing of the trustee's Final Report, the chapter 13 trustee is discharged as trustee of the estate and the bond is cancelled.

Dated: _____                    _____
                                            Hon. Andrew B. Altenburg, Jr.