Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

           Case No.: 17−22614−ABA
           Chapter: 13
           Judge: Andrew B. Altenburg Jr.
           Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Stephen Gerard Zabielski | Yu Chong Zabielski |
| aka Stephen G. Zabielski, Esquire, dba | dba Alamco Enterprises LLC |
| Alamco Enterprises LLC | 106 Concord Court |
| 106 Concord Court | Woolwich, NJ 08085 |
| Woolwich, NJ 08085 | |

Social Security No.:
  xxx−xx−8545                                 xxx−xx−6026

Employer's Tax I.D. No.:
  26−0872653                                 26−0872653

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

      Please be advised that on August 16, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 38 − 34
Order Granting Motion To Reinstate Case (Related Doc # 34). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/15/2017. (bc)

      Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 16, 2017
JAN: bc

                                                                                          Jeanne Naughton
                                                                                           Clerk