Form 200 – blanknotice

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  17–22614–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.
Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Stephen Gerard Zabielski
aka Stephen G. Zabielski, Esquire, dba
Alamco Enterprises LLC
106 Concord Court
Woolwich, NJ 08085

Yu Chong Zabielski
dba Alamco Enterprises LLC
106 Concord Court
Woolwich, NJ 08085

Social Security No.:
xxx–xx–8545

xxx–xx–6026

Employer's Tax I.D. No.:
26–0872653

26–0872653

## NOTICE OF ORDER OF REINSTATEMENT OF CASE

Notice is hereby given that the above–captioned case which was dismissed on July 21, 2017 has been reinstated by order dated August 15, 2017.

Dated: August 16, 2017
JAN: bc

Jeanne Naughton
Clerk