Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

    Case No.: 17−22614−ABA
    Chapter: 13
    Judge: Andrew B. Altenburg Jr.
    Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Stephen Gerard Zabielski | Yu Chong Zabielski |
| aka Stephen G. Zabielski, Esquire, dba | dba Alamco Enterprises LLC |
| Alamco Enterprises LLC | 106 Concord Court |
| 106 Concord Court | Woolwich, NJ 08085 |
| Woolwich, NJ 08085 | |

Social Security No.:
  xxx−xx−8545                                               xxx−xx−6026

Employer's Tax I.D. No.:
  26−0872653                                               26−0872653

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on August 16, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 38 − 34
Order Granting Motion To Reinstate Case (Related Doc # 34). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/15/2017. (bc)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 16, 2017
JAN: bc

                                                                           Jeanne Naughton
                                                                           Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Stephen Gerard Zabielski
Yu Chong Zabielski
    Debtors

Case No. 17-22614-ABA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Aug 16, 2017
                      Form ID: orderntc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2017.
db/jdb        +Stephen Gerard Zabielski,    Yu Chong Zabielski,    106 Concord Court,    Woolwich, NJ 08085-3004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2017                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2017 at the address(es) listed below:
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
        Nicholas V. Rogers    on behalf of Creditor    PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com
        Steven P. Kelly    on behalf of Creditor    Charles Schwab Bank, N.A. skelly@sterneisenberg.com,
     bkecf@sterneisenberg.com
        U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                TOTAL: 4